Saxon Dru-Polich
Sui Juris
CCDC 3800 Ulm North Frontage Road (E17)
Great Falls, Montana [59404]
Non-Domestic

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUL 06 2023
FILED
DOCKETED ___ DATE ___ INITIAL

<u>Ninth Circuit Court of Appeals</u>
<u>Affidavit and Application for</u>
<u>Writ of Habeas Corpus</u>

1. Under the pains and penalties of perjury, 28 USC §1746, I Saxon dru affirm the following to be true and correct.

2. This petition is submitted to this court for reasons of expediting swift and accurate justice, and for redress of long suffering injustices endured from the onset of this current matter.

3. I specifically <u>Deny</u> and <u>Disavow</u> any 14th Amendment citizenship of the United States, 28 USC §3002 15(A) or its possession <u>State[s]</u> or territories and or residency thereof.

4. I am a fourth generation Anglo-American Man.

5. The concerning cause #'s relating to this immediate matter are (1.) TK-275-2019-0002849, DDC-19-735 (Appeal), DA20-0226 (2 appeal) (2.) DA-22-0145 (appeal)

5. (cont.) (3.) CR-265-2021-000615, ADC-22-586 (Appeal), DA-23-0117 (S. Appeal)

6. I have injured No Man, Woman, child, animal, or person thereof in any of the preceding causes, Nor caused any damages to any subject properties thereof.

7. I am currently being held on a sentence of (3.) which is the result of Attempting to assert my rights and remedies in (1.) above. I am being held against my will, without consent or contract for victimless, colorable, and commercial crimes, 27CFR §72.11, 18USC §3242, as a debt slave to the corporate State.

8. The debts registered against the PERSON and account **\*\*\***6945 are dischargeable at law 18USC§8, public law 93-10, statutes at large v.48 ch.48. p112, are hereby acknowledged, accepted, and Abandoned to the State. UCC 1-207 MCA §30-1-207. I have no wish to enter into these securities.

9. My body is being held as and for commercial value without compensation or consent. 13 Amendment

10. I serve No consented contracts with any State.

11. In each of the preceding causes I have been Denied Due Process preserved under the Constitution as well as Common Law of England MCA §1-1-109. 28 USC §1323. The Rights

11.(cont.) and Remedies therein have been continually pursued but Denied, Disregarded, and Ignored.

12. I have made continued Demands on the Record, both Written & Orally for disclosure of "Nature and Cause" and "Redress", with specific obligation to personal Jurisdiction Challenge. see: Mcnutt v. General Motors Acceptance Corp. 298 U.S. 178 (p.184) (1936)

13. I have continually asserted the Fact that there is no "Injury in Fact", Demanding Article III recognition and preservation of right to trial by jury — continually Denied. In open court I Demanded my Accuser come forward and present damages for redress 3x, When no one came forward or spoke, I excused my self. Consequently a warrant was issued and served by 6 officers who kicked in my doors, weapons drawn, with my two sons present, to serve this warrant. See: Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, p.102-104 (1998)

14. While I have suffered No body; my family, Private Business, and my own self have suffered considerably. I have witnessed absolute disregard for laws of the state and the State in the processes of being Assaulted, unlawfully detained, Denied Due Process,

Case: 23-70125, 07/06/2023, ID: 12750077, DktEntry: 1-2, Page 4 of 6
Case 4:23-cv-00043-BMM-JTJ Document 1 Filed 07/06/23 Page 4 of 6

p. 4 of 5

14 (cont.) then unlawfully incarcerated for 60 days and now currently serving 45 days. I have exhausted the appeal process of this state only to encounter absolute despotism.

15. The Records of the preceeding cases will evidence my attempts to civilly address the injustices of the Authorities assuming absolute power and Authority over my life without cause and direct disregard for mandates of both state and State Authorities.

### Brief in Support

16. Wherefor in light of such substance to this body of Truth it is my ultimate belief that this court is the proper venue to exact swift and accute justice in this matter without further hinderance or damage to this party. Therefor it is my petition and ultimate prayer that this court command, in the nature of Mandamus the Subordinate Authorities to ultimately and immediately prove "Injury in fact" confering personal jurisdiction or otherwise come forward in good faith and show by evidence how and by what act it has obtained and currently secures Absolute Authority over my private and common Rights to be left alone and Recognized as a Free and peaceful inhabitant of the Land. And if it cannot perform such task, as is

Case: 23-70125, 07/06/2023, ID: 12750077, DktEntry: 1-2, Page 5 of 6
Case 4:23-cv-00043-BMM-JTJ   Document 1   Filed 07/06/23   Page 5 of 6

P. 5 of 5

it's burden, be it commanded to Discontinue, release, and cease its condemned actions against my body without cause.

## Motion and Petition for Relief

As a severely damaged party I saxon drew further petition the court for pass to enter Damages in accord with the Fee schedule Accepted by the State officials on the Record in Redress of its overstep of Authority and Damage upon the Accused - saxon drew.

Saxon Drew
Sui juris
MCA 30-1-207   UCC 1-207, 1-308



Noa-Dorasir
Safon Drin
Swi Drus
CCDc 3800 Ulm North Frontage Road
Great Falls, Montane [59405]

RF 332 498 421 US

Office of Clerk
James R. Browning
Court House US Court of Appeals
PO Box 193939
San Francisco, California [94119-3939]

RETURN RECEIPT REQUESTED