UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| SAXON DRU POLICH, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | CV 23-43-GF-BMM |
| vs. | |
| STATE OF MONTANA, | |
| Respondents. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of August 28, 2023 (Doc. 4), this action is DISMISSED.

Dated this 2nd day of October, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk